Exhibit A



# Summons

## Collection Information Statement

In the matter of  CHRISTOPHER M SCHEPER, 5185 RALPH AVE, CINCINNATI, OH 45238-3859
**Internal Revenue Service** *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)*  Small Business / Self Employed
**Periods:** Form 1040 for the calendar periods ending December 31, 2005, December 31, 2008 and December 31, 2009

**The Commissioner of Internal Revenue**

**To:** CHRISTOPHER M SCHEPER
**At:** 5185 RALPH AVE,  CINCINNATI, OH  45238-3859

You are hereby summoned and required to appear before MICHELLE L EADER, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2014   To 03/02/2015

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

550 MAIN ST,  ROOM 3503,  CINCINNATI  OH  45202  (513) 263-4461

Place and time for appearance: At  550 MAIN ST,  ROOM 3507,  CINCINNATI, OH  45202



Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  24th  day of  March , 2015  at  1:00  o'clock  p  m.

Issued under authority of the Internal Revenue Code this  3rd   day of March          , 2015

MICHELLE L EADER  *M Eader*                           REVENUE OFFICER
Signature of issuing officer                                              Title

_____              _____
Signature of approving officer *(if applicable)*                           Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 3-5-15 | 11:17 am |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Left in confidential envelope attached to front screen door

| Signature | Title |
|---|---|
| Michelle Eader | RO |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| Michelle Eader | RO |

Catalog No. 25000Q — Form **6637** (Rev. 10-2010)