IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 1:15CV654 |
| CHRISTOPHER M. SCHEPER, | ) ) ) |
| Respondent. | ) |

**ORDER TO SHOW CAUSE**

Upon the petition of the United States, and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, Christopher M. Scheper, appear before the District Court of the United States for the Southern District of Ohio in that branch thereof presided over by the Honorable _Karen L. Litkovitz_, the undersigned, in the United States Courthouse, at _10:00 AM Thursday_ on the _10th_ day of _December 2015_, at Courtroom _708_, to show cause why the respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on March 5, 2015. It is further

ORDERED that a copy of this Order, together with the petition and Exhibits thereto, be personally served on Christopher M. Scheper by an official of the Internal Revenue Service within thirty (30) days of the date of this Order. It is further

- 2 -

ORDERED within five (5) days of service of copies of this Order, the petition and Exhibits thereto, the respondent shall file and serve a written response to the petition. That if the respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted; and further

ORDERED that if respondent has no objection to compliance with the summons, respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Entered this 26 day of Oct., 2015.

BY THE COURT:

_Karen L. Litkovitz_
JUDGE, UNITED STATES DISTRICT COURT