UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 1:15-cv-654 |
| Petitioner, | |
| | Judge Black |
| v. | Magistrate Judge Litkovitz |
| CHRISTOPHER M. SCHEPER, | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he or she is an employee of the Internal Revenue Service, is not a party to this action, and is a person of such age and discretion as to be competent to serve papers.

On this **5th** day of **November**, 2015, I served a copy of the below-listed papers upon **Christopher Scheper**, by (check and complete one)

**✓** Hand-delivering a copy to **Christopher Scheper** at **5185 Ralph Ave, Cincinnati, OH 45238**

____ Leaving a copy of each pleading at the respondent's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

Papers served:

1) Order to Show Cause Re: Enforcement of Internal Revenue Service Summons.

2) United States' Petition and Exhibits to Enforce Internal Revenue Service Summons.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: __11-5-15__   __Michelle Eader__
　　　　　　　Date　　　　　　　　　　　　　Signature

2