UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
   Petitioner,

vs.

CHRISTOPHER M. SCHEPER,
   Respondent.

Case Nos. 1:15-cv-654
Black, J.
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

By report to the Court, the United States of America states that Respondent Christopher Scheper has complied with all requested information in connection with the Internal Revenue Service (IRS) summons served on Respondent on March 5, 2015. (Doc. 13). Accordingly, the petition to enforce IRS summons (Doc.1) should be **DISMISSED** and this matter should be **CLOSED** on the docket of the Court.

**IT IS SO RECOMMENDED**.

4/28/16
Date

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Petitioner,

vs.

CHRISTOPHER M. SCHEPER,
Respondent.

Case Nos. 1:15-cv-654
Black, J.
Litkovitz, M.J.

**NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO R&R**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas* v. *Arn,* 474 U.S. 140 (1985); *United States* v. *Walters,* 638 F.2d 947 (6th Cir. 1981).